UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tyrone O. Cox,

    Petitioner,

v.                                          Case No. 06-13538

L. C. Eichenlaub,                Honorable Sean F. Cox

    Respondent.
_____/

## **ORDER OF DISMISSAL**

Petitioner Tyrone O. Cox (32248-039) ("Petitioner") filed his petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, challenging regulations promulgated by the Bureau of Prisons ("BOP") which categorically preclude a federal prisoner from being placed in, or transferred to, a Community Corrections Center ("CCC"), more commonly known as a halfway house, except during the lesser of six months or the last ten percent of his sentence.

The BOP's Inmate Locator, which may be accessed through its official website (www.bog.gov), however, indicates that Petitioner has since been placed in a CCC. Accordingly, the petition is now moot. *See Brock v. United States Department of Justice*, 2007 WL 4163854 (6th Cir. Nov. 21, 2007); *Marshek v. C. Eichenlaub*, 2007 WL _____ (6th Cir. January 29, 2007).

The Court therefore **ORDERS** that this actions is **DISMISSED AS MOOT.**

**IT IS SO ORDERED.**

                                               S/Sean F. Cox
                                             Sean F. Cox
                                             United States District Judge

Dated: January 30, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tyrone O. Cox,

    Petitioner,

v.                                Case No. 06-13538

L. C. Eichenlaub,            Honorable Sean F. Cox

    Respondent.
_____/

**PROOF OF SERVICE**

    I hereby certify that on January 30, 2008, a copy of the foregoing document was served upon Tyrone O. Cox #32248-039, CCM Detroit, 4026 E. Arkona Road, Milan, MI 48160 by First Class Mail.

                                          S/J. Hernandez
                                          Case Manager