UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TYRONE O. COX, #32248-039,**

    Petitioner,

                                                **Civil No: 06-CV-13538**
                                                **Honorable Sean F. Cox**
                                                **Magistrate Judge Mona K. Majzoub**

v.

**L.C. EICHENLAUB,**

    Respondent.

___

## **JUDGMENT**

    The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, and in accordance with the Order of Dismissal entered on January 30, 2008,

    IT IS HEREBY ORDERED that the "Petition for Writ of Habeas Corpus," filed August 8, 2006, is **DENIED** and **DISMISSED WITH PREJUDICE.**


                                              S/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated: February 12, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 12, 2008, by electronic means and upon Tyrone O. Cox #32248-039, CCM Detroit, 4026 E. Arkona Road, Milan, MI 48160 by First Class Mail.

                                              S/J. Hernandez
                                              Case Manager